UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JACOB CRACHY, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2:21-CV-226-PPS-JEM |
| SCHILLI DISTRIBUTION SERVICES, INC., | ) |
| Defendant. | ) |

# ORDER

The parties' Stipulation of Dismissal with Prejudice [DE 49] is **SO ORDERED**.

**ACCORDINGLY:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**, without costs to any party. Defendant's Motion for Sanctions [DE 40] is **DENIED AS MOOT**. By the stipulated dismissal, the case is **CLOSED**.

**SO ORDERED.**

ENTERED: December 20, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT